## Witt v. Lexington & Eastern Railroad Company.

(Decided October 17, 1913).

### Appeal from Perry Circuit Court.

Bill of Exceptions—Motion to Strike Out—New Trial.—The fact that the motion for a new trial was not made in time is not ground for striking out the bill of exceptions regularly filed.

JOHN C. EVERSOLE, H. C. FAULKNER and F. J. EVERSOLE for appellant.

E. E. HOGG for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Overruling motion to strike out bill of exceptions.

Appellee has entered a motion to strike out the bill of exceptions on the ground that the motion for new trial was not made in time. The fact that the motion for new trial was not made in time may be ground for the affirmance of the judgment but it is not a ground for striking out the bill of exceptions which was properly filed and made part of the record.

Motion overruled.